Certificate Number: 17572-PAM-DE-034589419

Bankruptcy Case Number: 20-01501


17572-PAM-DE-034589419

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on June 22, 2020, at 8:21 o'clock PM PDT, James E Earley completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 22, 2020     By:   /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor