United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James E. Earley  
    Debtor(s)

Case No. 20-01501-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 13, 2020      Form ID: 318      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Earley, 121 Strickler Avenue, Waynesboro, PA 17268-1860 |
| 5327046 | + | Commercial Acceptance Company, PO Box 3268, Camp Hill, PA 17011-3268 |
| 5327052 | + | FBCS, Inc., 330 S. Warminster Rd., Ste 353, Hatboro, PA 19040-3433 |
| 5327049 | + | Falling Spring Nursing, 201 Franklin Farm Lane, Chambersburg, PA 17202-3090 |
| 5327050 | | Falling Spring Rehabilitation Cente, 201 Franklin Farm Lane, Chambersburg, PA 17202-3060 |
| 5327051 | | Fayetteville Volunteer Fire Co., PO Box 90, Danville, PA 17821-0090 |
| 5327053 | | Figi's Company, c/o Chase Receivables, 755 Baywood Dr., Ste 208, Petaluma, CA 94954-5508 |
| 5327060 | + | Holy Spirit EMS, PO Box 983029, Boston, MA 02298-3029 |
| 5327063 | + | Mont Alto Ambulance Assoc., PO Box 726, New Cumberland, PA 17070-0726 |
| 5327064 | + | Omnicare, PO Box 713611, Cincinnati, OH 45271-3611 |
| 5327067 | + | Presbyterian Senior Living, One Trinity Drive East, Ste 201, Dillsburg, PA 17019-8522 |
| 5327068 | + | Quincy Village, 6596 Orphanage Rd, Waynesboro, PA 17268-7804 |
| 5327071 | + | Shippensburg Area EMS, c/o Advanced Recovery Systems, PO Box 80766, Valley Forge, PA 19484-0766 |
| 5327072 | + | Shippensburg Healthcare Center, 121 Walnut Bottom Road, Shippensburg, PA 17257-8131 |
| 5327073 | | Spiritrust Lutheran Home & Hosp, c/o Bureau of Account Mgmt, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5327074 | | Unifin, PO Box 4519, Skokie, IL 60076-4519 |
| 5327075 | + | Waynesboro Ambulance Squad, PO Box 90, Danville, PA 17821-0090 |
| 5327076 | + | Waynesboro Area ALS Unit, PO Box 726, New Cumberland, PA 17070-0726 |
| 5327077 | + | Waynesboro Hospital, 501 East Main Street, Waynesboro, PA 17268-2394 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5327041 | | EDI: APPLIEDBANK.COM | Oct 13 2020 23:18:00 | Applied Bank, PO Box 10210, Wilmington, DE 19850 |
| 5327042 | | EDI: HFC.COM | Oct 13 2020 23:18:00 | Bon Ton, PO Box 5244, Carol Stream, IL 60197-5244 |
| 5327043 | + | EDI: WFNNB.COM | Oct 13 2020 23:18:00 | Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 5327044 | | EDI: WFNNB.COM | Oct 13 2020 23:18:00 | Brylane Home, PO Box 182789, Columbus, OH 43218-2789 |
| 5327045 | + | EDI: CAPITALONE.COM | Oct 13 2020 23:18:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5327047 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 13 2020 19:25:00 | Credit Management Co, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5327048 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2020 20:01:37 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5327055 | | EDI: AMINFOFP.COM | Oct 13 2020 23:18:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5327056 | | EDI: WFNNB.COM | Oct 13 2020 23:18:00 | Gander Mountain, PO Box 659465, San Antonio, TX 78265-9465 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5327057 | + | EDI: BLUESTEM | Oct 13 2020 23:18:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5327058 | | EDI: WFNNB.COM | Oct 13 2020 23:18:00 | Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 5327059 | + | EDI: WFNNB.COM | Oct 13 2020 23:18:00 | Gordman's, PO Box 182789, Columbus, OH 43218-2789 |
| 5327054 | | EDI: JEFFERSONCAP.COM | Oct 13 2020 23:18:00 | Fingerhut, PO Box 7999, Saint Cloud, MN 56302 |
| 5327061 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2020 20:01:13 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5327062 | + | EDI: MID8.COM | Oct 13 2020 23:18:00 | Midland Credit Management, Inc, PO Box 60578, Los Angeles, CA 90060-0578 |
| 5327065 | + | EDI: AGFINANCE.COM | Oct 13 2020 23:18:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5327066 | | EDI: PRA.COM | Oct 13 2020 23:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5327069 | | EDI: WFNNB.COM | Oct 13 2020 23:18:00 | Roman's, PO Box 182789, Columbus, OH 43218-2789 |
| 5327070 | | Email/Text: jennifer.chacon@spservicing.com | Oct 13 2020 19:25:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | CGA Law Firm |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron John Neuharth | on behalf of Debtor 1 James E. Earley aneuharth@neuharthlaw.com smartin@neuharthlaw.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com |

| | |
|---|---|
| Lawrence V. Young | on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | James E. Earley | Social Security number or ITIN xxx–xx–2461 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–01501–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James E. Earley

**By the court:**  *(signature)*

10/13/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                                 page 1

Case 1:20-bk-01501-HWV    Doc 21    Filed 10/15/20    Entered 10/16/20 01:22:20    Desc
                       Imaged Certificate of Notice    Page 4 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2